## REHEARING DOCKET

**91–199.** State v. Wyant. *Delaware County*, No. 90–CA–2. Reported at 68 Ohio St.3d 162, 624 N.E.2d 722. On motion for rehearing. Rehearing denied.
WRIGHT and PFEIFER, JJ., dissent.

**91–1211.** State v. Van Gundy. *Franklin County*, Nos. 90AP–473, 90AP–474, 90AP–475 *et seq.* Reported at 68 Ohio St.3d 162, 624 N.E.2d 722. On motion for rehearing. Rehearing denied.
WRIGHT and PFEIFER, JJ., dissent.

**91–1519.** State v. May. *Montgomery County*, Nos. CA 12239, CA 12259 and CA 12260. Reported at 68 Ohio St.3d 162, 624 N.E.2d 722. *Sua sponte*, on motion for rehearing. Rehearing denied.
WRIGHT and PFEIFER, JJ., dissent.

**91–1589.** State v. Van Gundy. *Franklin County*, Nos. 90AP–473, 90AP–474, 90AP–475 *et seq.* Reported at 68 Ohio St.3d 162, 624 N.E.2d 722. On motion for rehearing. Rehearing denied.
WRIGHT and PFEIFER, JJ., dissent.

**93–148.** State ex rel. Talani v. O'Donnell. In Mandamus. Reported at 68 Ohio St.3d 1432, 625 N.E.2d 621. On motion for rehearing and on request for findings of fact and conclusions of law. Motion and request denied.

**93–831.** State ex rel. Fant v. Tober. *Cuyahoga County*, No. 64471. Reported at 68 Ohio St.3d 117, 623 N.E.2d 1201. On motion for rehearing. Rehearing denied.
F.E. SWEENEY and PFEIFER, JJ., not participating.

**93–1649.** State v. King. *Clark County*, No. CA–2959. Reported at 68 Ohio St.3d 1419, 624 N.E.2d 194. On motion for rehearing. Rehearing denied.

**93–1892.** Fant v. Greater Cleveland Regional Transit Auth. *Cuyahoga County*, No. 63097. Reported at 68 Ohio St.3d 1421, 624 N.E.2d 195. On motion for rehearing. Rehearing denied.

**93–2024.** Lannigan v. Pioneer S. & L. Co. *Washington County*, No. 92–CA–14. Reported at 68 Ohio St.3d 1429, 624 N.E.2d 1066. On motion for rehearing. Rehearing denied.
WRIGHT and PFEIFER, JJ., dissent.

**93–2031.** State v. Goudy. *Coshocton County*, Nos. 93–CA–9 and 93–CA–11. Reported at 68 Ohio St.3d 1427, 624 N.E.2d 1064. On motion for rehearing. Rehearing denied.

**93–2063.** State v. Blankenship. *Summit County*, No. 16019. Reported at 68 Ohio St.3d 1420, 624 N.E.2d 195. On motion for rehearing. Rehearing denied.
PFEIFER, J., dissents.

**93–2108.** State v. Cotten. *Richland County*, No. CA–1611. Reported at 68 Ohio St.3d 1416, 624 N.E.2d 190. On motion for rehearing. Rehearing denied.

**93–2393.** State v. Schilling. *Delaware County*, No. 88–CA–38. Reported at 68 Ohio St.3d 1428, 624 N.E.2d 1065, and 68 Ohio St.3d 1435, 625 N.E.2d 623. On motion for rehearing. Rehearing denied.
PFEIFER, J., dissents.